UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:24-cr-105-SPC-NPM

COSME BEJARAN

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 51). The Government seeks to have forfeited a **Samsung Galaxy S23 SMS911U, Serial Number: RFCW31TEQ5B** ("**Asset**"), which was subject to the Court's February 21, 2025 Preliminary Order of Forfeiture. (Doc. 45). Although the Government gave proper notice, no third party has petitioned for the Asset, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Asset to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 51) is GRANTED.

1. Defendant's interest in the **Samsung Galaxy S23 SMS911U, Serial Number: RFCW31TEQSB** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law

and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Asset is now **VESTED** in the United States.

DONE and ORDERED in Fort Myers, Florida, on May 23, 2025.

*[Signature]*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:   All Parties of Record